FILED
Nov 14 2023
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY s/ GloriaVocal DEPUTY

ORDERED UNSEALED on 11/27/2023 s/ dominicfra

SEALED
s/ dominicfrank

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2023 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>LAURA BRANNING (1),<br>aka Laura Resendez,<br>PATRICIA BRANNING (2),<br>aka Patricia Oneil,<br>Defendants. | Case No. '23 CR2348 GPC<br>I N D I C T M E N T<br>Title 21, U.S.C., Secs. 952, 960 and 963 - Conspiracy to Import Methamphetamine; Title 21, U.S.C., Secs. 952 and 960 - Importation of Methamphetamine; Title 18, U.S.C., Sec. 2 - Aiding and Abetting |

The grand jury charges:

Count 1

Beginning at a date unknown to the grand jury and continuing up to and including June 30, 2022, within the Southern District of California, and elsewhere, defendants LAURA BRANNING, aka Laura Resendez, and PATRICIA BRANNING, aka Patricia Oneil, did knowingly and intentionally conspire together and with each other and with other persons known and unknown to the grand jury to import a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952, 960 and 963.

MAD:cms:San Diego:11/13/23

Count 2

On or about June 19, 2022, within the Southern District of California, defendants LAURA BRANNING, aka Laura Resendez, and PATRICIA BRANNING, aka Patricia Oneil, did knowingly and intentionally import a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960, and Title 18, United States Code, Section 2.

DATED: November 14, 2023.

A TRUE BILL:

[redacted]

TARA K. MCGRATH
United States Attorney

By: [signature]
MICHAEL A. DESHONG
BIANCA CALDERON-PENALOZA
Assistant U.S. Attorneys